IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| RICHARD K. DOZIER<br>And GAIL B. DOZIER, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:14-0127 |
| v. | ) ) | Judge Crenshaw |
| | ) | Jury Demand |
| STANDARD FIRE<br>INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures of counsel for the parties, all matters in controversy arising in this action have been resolved and this case should be dismissed with prejudice.

It is, THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice. The parties are responsible for their own discretionary costs.

**IT IS SO ORDERED**

ENTERED this the ___17th___ day of August 2016.

_____
**Waverly D. Crenshaw, Jr.**
United States District Judge

APPROVED FOR ENTRY:

**SPICER RUDSTROM, PLLC**

s/Brent S. Usery
Marc O. Dedman, BPR #14044
Brent S. Usery, BPR #25737
414 Union Street
Bank of America Plaza, Ste. 1700
Nashville, TN  37219
Phone: 615.259.9080
mod@spicerfirm.com
bsu@spicerfirm.com
*Counsel for Defendant*


s/Lee Smith
Thomas W. Thompson (BPR #25817)
Lee Smith, Esq.
 Admitted *Pro Hac Vice*
Smith, Kling, & Thompson, P.A.
4725 N. Lois Avenue
Tampa, Florida 33614
Telephone: 813-254-1800
Facsimile: 813-254-1844
Email: thompson@ttglaw.com

And

Robert D. MacPherson, (BPR. #022516)
MacPherson & Youmans, P.C.
119 Public Square
Lebanon, Tennessee 37087
Telephone: (615) 444-2300
email *rdmacpherson@macyolaw.com*

*Attorney for Plaintiffs*